# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| THE GUARANTEE COMPANY OF ) <br> NORTH AMERICA, USA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LORING E. JUSTICE, KIM RENAE ) <br> NELSON, KYLE GLOBAL VENTURES ) <br> LLC, LORING JUSTICE, PLLC, CSB ) <br> HOLDINGS 329, LLC, UNITED ) <br> COMMUNITY BANK, AND OTHER ) <br> PERSONS OWNING OR CLAIMING ) <br> AN INTEREST IN REAL PROPERTY ) <br> KNOWN AS 500 PRESCOTT WAY, ) <br> KNOXVILLE, TENNESSEE 37919, ) <br> ) <br>     Defendants. ) | No. 3:21-cv-00369-DCLC-HBG |

## NOTICE OF APPEARANCE

Please note the appearance of the undersigned attorneys, Gregory Brown and G. Alan Rawls, of the law firm Lowe Yeager & Brown PLLC, as counsel of record for Defendant Kim Nelson.

                              Respectfully submitted,

                              By: /s/   Gregory Brown
                              Gregory Brown (#027944)
                              G. Alan Rawls (#038300)
                              LOWE YEAGER & BROWN PLLC
                              900 S. Gay Street, Suite 2102
                              Knoxville, TN 37902
                              Phone: (865) 521-6527
                              Fax: (865) 637-0540
                              gb@lyblaw.net
                              gar@lyblaw.net

                              *Attorneys for Kim Renae Nelson*

1

# CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and exact copy of the foregoing Stipulation was filed with the Clerk of the District Court using the CM/ECF system on this the 7th day of January, 2022, which sent notification of such filing to all parties registered with the Court's electronic filing system, including:

Linn Guerrero (#033320)
JUSTICE, PLLC
200 Prosperity Drive
Knoxville, TN 37923
(865) 584-8620
(865) 584-8621 (fax)
linn@loringjustice.com

*Attorney for Loring E. Justice and*
*Loring Justice, PLLC*

Mary D. Miller (#013209)
P.O. Box 52227
Knoxville, TN 37950
(865) 934-4000 *Telephone*
(865) 934-4001 *Facsimile*
mmiller@millerlaw.solutions

*Attorney for United Community Bank*

Jeffrey S. Price (#019550)
MANIER & HEROD
1201 Demonbreun Street, Ste, 900
Nashville, Tennessee 37203
Phone: (615) 244-0030
Fax: (615) 242-4203
jprice@manierherod.com

*Attorney for The Guarantee Company*
*of North America, USA*

The following parties were served by U.S. Priority Mail, International, on the 7th day of January, 2022:.

  Kyle Global Ventures, LLC
  Hunkins Waterfront Plaza
  556 Main Street
  Charlestown, Nevis, West Indies

  CSB Holdings 329, LLC
  Global House
  Parakura, Tutakimoa Road
  Avarua District, Cook Islands

        /s/ Gregory Brown_____

3