IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
TENNESSEE

IN RE:

THE GUARANTEE COMPANY OF
NORTH AMERICA, USA,

**Plaintiff,**

Case No.
3:21-cv-00369-DCLC-HBG

v.

LORING E. JUSTICE *et al.*

**Defendants.**

## RESPONSE TO MOTION FOR PROTECTIVE ORDER

Comes Defendant, Loring Justice, and responds to Defendant United Community Bank's ("UCB") Motion for Protective Order [Doc. 15]. Counsel for Defendant Justice and UCB have been in contact and Defendant Loring Justice will agree to limit the scope of the subpoena *duces tecum*. Counsel for UCB sent a proposed order to the undersigned counsel on January 12, 2022 and the undersigned submits an agreement is forthcoming.

Respectfully Submitted,

s/Linn Guerrero
Linn Guerrero, BPR #033320
200 Prosperity Drive
Knoxville, TN 37923
(865) 584-8620
Attorney for Loring Justice and Loring Justice, PLLC

**CERTIFICATE OF SERVICE**

I certify that on January 14, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties were served by regular U.S. Mail or U.S. Priority Mail International. Parties may access this filing through the Court's electronic filing system.

This the 14th day of January, 2022.

s/Linn Guerrero

1