IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| THE GUARANTEE COMPANY OF NORTH AMERICA, USA, <br><br> Plaintiff, <br><br> v. <br><br> LORING E. JUSTICE, KIM RENAE NELSON, KYLE GLOBAL VENTURES, LLC, LORING JUSTICE, PLLC, CSB HOLDINGS 329, LLC, UNITED COMMUNITY BANK, AND OTHER PERSONS OWNING OR CLAIMING AN INTEREST IN REAL PROPERTY KNOWN AS 500 PRESCOTT WAY, KNOXVILLE, TN 37919, <br><br> Defendants. | Case No.<br>3:21-cv-00369-DCLC-JEM |

## JOINT STIPULATED PROTECTIVE ORDER

This cause came before the Court upon the Defendant United Community Bank's Motion To Enter a Protective Order [Doc. 15]. The Defendant, Loring E. Justice, served a subpoena upon Ray Meade requesting any and all documents pertaining to United Community Bank, among others. The subpoena does not appear to limit the request for documents regarding the parties in this case and could be construed to apply to any documents involving United Community Bank or any of its customers. Upon agreement of United Community Bank, Plaintiff, and Defendants Loring E. Justice, Kim Renae Nelson, and Loring Justice, PLLC, as evidenced by the counsels' signatures below, the Court enters the following protective order pursuant to Fed. R. Civ. P. 26(c).

In order to protect other customers' privacy and to preserve the confidentiality of such information, and upon agreement of the parties, it is hereby

ORDERED that Ray Meade may only produce documents related to United Community Bank that are related to or arise from matters involving Loring E. Justice, Kim Renae Nelson, Loring Justice, PLLC, Kyle Global Ventures, LLC, and/or CSB Holdings 329, LLC.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge

APPROVED FOR ENTRY:

LINN GUERRERO
JUSTICE, PLLC


*/s/Linn Guerrero* **By Express Permission**
                          **Mary D. Miller**
Linn Guerrero, BPR #033320
200 Prosperity Drive
Knoxville, TN 37923
(865) 584-8620 *Telephone*
(865) 584-8621 *Facsimile*
linn@loringjustice.com
Attorney for Loring Justice and Loring Justice, PLLC

LOWE YEAGER & BROWN PLLC


*/s/Gregory Brown* **By Express Permission**
                          **Mary D. Miller**
Gregory Brown, BPR #027944
G. Alan Rawls. BPR #038300
900 S. Gay Street, Suite 2102
Knoxville, TN  37902
(865) 521-6527 *Telephone*
(865) 637-0540 *Facsimile*
gb@lyblaw.net
gar@lyblaw.net
Attorneys for Kim Nelson


MILLER LAW,
MARY D. MILLER, PLLC


*/s/Mary D. Miller*
P. O. Box 52227
Knoxville, TN 37950
(865) 934-4000 *Telephone*
(865) 934-4001 *Facsimile*
mmiller@millerlaw.solutions
Attorney for United Community Bank

MANIER & HEROD

*/s/Jeffrey S. Price* **By Express Permission**
                              **Mary D. Miller**
Jeffrey S. Price, BPR #019550
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
(615) 244-0030 *Telephone*
(615) 242-4203 *Facsimile*
jprice@manierherod.com
Attorney for The Guaranty Company
of North America, USA